# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**EDWARD LEE SPEAR,**

    **Plaintiff,**

**v.**                                                         **Case No. 4:23-cv-364-AW-MAF**

**OFFICER SMITH, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

The magistrate judge recommends dismissal for Plaintiff's failure to comply with court orders. ECF No. 9. Plaintiff has not objected to the report and recommendation, which I now adopt and incorporate into this order.

The clerk will enter a judgment that says, "Plaintiff's claims are dismissed without prejudice for Plaintiff's failure to comply with court orders." The clerk will then close the file.

SO ORDERED on December 7, 2023.

                                                              s/ *Allen Winsor*
                                                              United States District Judge